AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Angela Eunice, indivdually and on behalf of all those similarly situated,<br>*Plaintiff*<br>v.<br>Dan Ellzey, in his official capacity as Executive Director of the South Carolina Department of Employment and Workforce; the South Carolina Department of Employment and Workforce<br>*Defendant* | )<br>)<br>)  Civil Action No.2:21-cv-2010-BHH<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that

■ other: Defendants' motion to dismiss Plaintiff's complaint is granted.

This action was

■ decided by the Honorable Bruce H. Hendricks, United State District Judge, on a ruling on a motion to dismiss.

Date:   August 3, 2022                              *CLERK OF COURT*   Robin L. Blume

                                                                                                  s/A. Dickerson

                                                                                    *Signature of Clerk or Deputy Clerk*